**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET RAMIREZ and ERIK REYES LARA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, and Does 1 to 10<br><br>    Defendants. | Case No.: 5:23-cv-01420-CAS-SHKx<br><br>*Judge: Hon.* Christina A. Snyder<br><br>**ORDER OF DISMISSAL** |

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: July 3, 2025         By: *Christina A. Snyder*
                                           Hon. Christina A. Snyder
                                           United States District Judge
                                           Central District of California